ACCEPTED
04-15-00657-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/8/2015 10:54:59 AM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-15-00657-CV

| | | |
|---|---|---|
| DTND SIERRA INVESTMENTS, LLC | § | IN THE 4TH COURT OF APPEALS |

DTND SIERRA INVESTMENTS, LLC §

Appellant, §

V. §

HSBC Bank USA, National §
Association, as Successor Trustee to §
Wells Fargo Bank, N.A., as Trustee for §
Bear Stearns Mortgage Funding Trust §
2006-AC1, Asset-Backed Certificates, §
Series 2006-AC1 §
§
§
Apellee, §

IN THE 4TH COURT OF APPEALS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/8/2015 10:54:59 AM
KEITH E. HOTTLE
Clerk

SAN ANTONIO, TEXAS

## VERIFICATION FOR APPELLANT'S MOTION TO EXTEND TIME TO FILE RECORD

BEFORE ME, the undersigned authority, personally appeared Brian J Trenz, who, on oath, stated that the statements made in the foregoing **MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF AND SUBMISSION OF THE RECORD** are true and correct and that opposing counsel does not oppose the extension requested.

_____

BRIAN J TRENZ

SUBSCRIBED AND SWORN TO BEFORE ME on 12-08 2015.

LETICIA G. ESPINOSA
Notary Public, State of Texas
My Commission Expires
September 03, 2016

_____
Notary Public, State of Texas